# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR244** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JOHN S. BECK,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue sentencing (Filing No. 35).

The Defendant requests a 3-week continuance of sentencing to attend to some matters before anticipated incarceration. The Defendant is on pretrial release. Assuming the Defendant's continued adherence to his pretrial release conditions, the Court will discuss the possibility of self surrender at sentencing, which would alleviate the Defendant's concerns. Therefore, the motion will be denied.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 35) is denied.

DATED this 23rd day of January, 2009.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge