IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR244** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHN S. BECK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion to clarify the Marshal's duties described in the Court's previous order (Filing No. 51).

IT IS ORDERED that, in fulfilling its duties stated in the Court's previous order (Filing No. 51), the Marshal is directed to:

1. Obtain possession of the subject property from the Nebraska State Patrol;

2. Publish notice in a local newspaper of general circulation, *e.g.*, the Omaha World-Herald and/or The Daily Record, for no less than five consecutive days, stating (a) the description of the property as set forth in Filing No. 51, (b) that the property will be available for inspection at the Office of the U.S. Marshal in the Roman Hruska Courthouse, 111 So. 18th St. Plaza, Omaha, Nebraska, on a specified date certain, and within specified hours; and (c) that written bids for the property, to be sold in a single lot, will be accepted by the Marshal at a specified date and time following the date of inspection;

3. Mail a copy of the notice described above, by U.S. Mail, to no fewer than three commercial dealers in gold, silver, and/or coins, with offices located within a 50-mile radius of Omaha, Nebraska, at least five days before the date set for the inspection of the property; and

4.	Upon receipt of bids for the property, notify the undersigned Judge of the Marshal's compliance with the above procedures, the highest bid received, and the expenses incurred by the Marshal.  Upon receipt of the information, the Court will either approve the sale, or give further direction.

DATED this 5th day of May, 2009.

                                  BY THE COURT:

                                  s/Laurie Smith Camp
                                  United States District Judge