**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR244** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JOHN S. BECK,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion for completion of the sale of property described in the Court's previous orders (Filing Nos. 51, 52).

IT IS ORDERED:

1. The sale of the following property to the successful bidder, Barry Chase, of Bellevue, Nebraska, is approved: Four 999+ fine silver 100 Troy ounce bars, One gold ring, Nine large round silver coins, Forty-eight small round silver coins, Eighteen silver bars, Eleven gold round coins, One gold square coin;

2. The Marshal is ordered to:

   a. Relinquish custody of the property to the successful bidder, Barry Chase, in exchange for a cashier's or certified check to be made out to the U.S. Marshal in the amount of $8,915.00;

   b. Retain from the sum received the Marshal's expenses in the amount of $1,850.22, which are hereby approved;

   c. Transfer the remaining sum of $7,064.78 to the Clerk of the Court; and

3. The Clerk of the Court is ordered to:

    a.    Apply the sum received to satisfy the $6,000.00 fine imposed in this case, and apply the remaining amount toward the special assessment and any other sums owed by the Defendant pursuant to the Judgment and Commitment Order;

    b.    If there is any excess remaining, pay such remainder to the Defendant; and

3. The Clerk is directed to provide a copy of this order to the U.S. Marshal for this district.

DATED this 17th day of July, 2009.

                        BY THE COURT:

                        S/Laurie Smith Camp
                        United States District Judge